1024

No. 5612.—United Porto Rican Sugar Co., aplda., v. Riefkohl et al., apltes.—C. D. Humacao. Consignación de dinero. Febrero 21, 1931.

No. 5629.—Fernández, et al., apltes., v. Portela, Siragusá & Co., y Alicea, apldos.—C. D. Arecibo. Marzo 4, 1931.

No. 4248.—Pueblo, apldo., v. Colón, aplte.—C. D. Arecibo. Noviembre 18, 1930.

Oídas las partes, se anuló la resolución desestimatoria y se dejó reinstalado el recurso.

No. 4201.—Pueblo, apldo., v. Benítez, aplte.—C. D. Humacao. Noviembre 26, 1930.

Oídas las partes y visto el allanamiento del fiscal, se revoca, por error en la apreciación de la prueba, la sentencia que dictó en este caso la Corte de Distrito de Humacao, en 3 de abril de 1930, y se absuelve al acusado.

No. 4157.—Pueblo, apldo., v. Gutiérrez, aplte.—C. D. Guayama. Noviembre 28, 1930.

Oídas las partes, y visto el allanamiento del fiscal, se revoca por falta de corroboración de la declaración de la perjudicada en cuanto a la realización del acto carnal, la sentencia que dictó en este caso la Corte de Distrito de Guayama en 15 de marzo de 1930, y se absuelve al acusado.

No. 4224.—Pueblo, apldo., v. Nieves y Hernández, apltes.—C. D. Aguadilla. Diciembre 3, 1930.

Apareciendo de la moción y certificación acompañada por el fiscal que el coacusado Emilio Nieves Córdova ha fallecido, se sobresee el procedimiento contra dicho coacusado, y continúe contra el coacusado Jesús Hernández Nieves.